ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

HELEN MAYEN ADAMS

Case No. 4:26-CR-317-P

# FACTUAL RESUME

INDICTMENT:

Count One: Voting by an Alien in a Federal Election
(in violation of 18 U.S.C. § 611)

Count Two: False Statements of Citizenship in Order to Register to Vote
(in violation of 18 U.S.C. § 1015(f))

MAXIMUM PENALTY:

The maximum penalties the Court can impose on Count One include:

- imprisonment for a period not to exceed one (1) year;
- a fine not to exceed $100,000;
- a term of supervised release not to exceed one (1) year, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;
- a mandatory special assessment of $100; and
- costs of incarceration and supervision.

The maximum penalties the Court can impose on Count Two include:

- imprisonment for a period not to exceed five (5) years;

- a fine not to exceed $250,000;
- a term of supervised release not to exceed three (3) years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;
- a mandatory special assessment of $100; and
- costs of incarceration and supervision.

<u>ELEMENTS OF THE OFFENSES</u>:

The essential elements which must be proved beyond a reasonable doubt to establish the offense charged in Count One of the Indictment are as follows:

<u>First</u>: That the Defendant knew she was an alien at the time alleged in the charging document;

<u>Second</u>: The defendant knowingly voted in an election; and

<u>Third</u>: That one purpose of the election in question was to elect a candidate for the office of either President, Vice President, Presidential elector, Member of the United States Senate, or Member of the United States House of Representatives.

The essential elements which must be proved beyond a reasonable doubt to establish the offense charged in Count Two of the Indictment are as follows:

<u>First</u>: That the Defendant knew she was an alien at the time alleged in the charging document; and

<u>Second</u>: The defendant knowingly made a false claim to be a citizen of the United States in order to register to vote or vote in a Federal, state, or local election.

<u>STIPULATED FACTS:</u>

**Helen Mayen Adams** was born in Nigeria and is a citizen of that country. She is a lawful permanent resident of the United States but is not a United States citizen. **Adams**

agrees that under federal law she is an "alien" within the meaning of 18 U.S.C. §§ 611, 1015(f).

On June 26, 2024, **Adams** registered to vote in Tarrant County, which is in the Northern District of Texas, using a Texas Voter Registration Application. At the top of this form, there is a qualification list that states "You must be a citizen of the United States" to register to vote. Further down on the form she signed her name affirming (1) that she understood that "giving false information to procure a voter registration is perjury, and a crime under state and federal law" and (2) that she was "a resident of this county and a U.S. citizen." Based on the information **Adams** provided in her application, including her false statement that she was a United States citizen, **Adams**'s application to register to vote was accepted, and she was successfully registered to vote in the State of Texas. At the time Adams falsely claimed to be a United States citizen to register to vote, she knew that she was not a United States citizen.

On or about November 5, 2024, **Adams** knowingly voted in person for the general and special elections. She cast her ballot at the Tarrant County Subcourthouse in Arlington, Texas, which is in the Northern District of Texas. The 2024 general election included an election for the offices of President of the United States, Vice President of the United States, Presidential Elector, Member of the Senate, and Member of the House of Representatives. At the time Adams voted on November 5, 2024, she knew that she was not a United States citizen.

**Helen Mayen Adams** agrees that the above facts establish that she committed the offense of Voting by an Alien, 18 U.S.C. § 611, on or about November 5, 2024, and the offense of False Statements of Citizenship in Order to Register to Vote, *id.* § 1015(f), on or about June 26, 2024.

SIGNED this 26 day of September, 2026.

Preston Spivey

PRESTON COLT SPIVEY
Attorney for Defendant

Helen Adams

HELEN MAYEN ADAMS
Defendant